No. 79–1088. BORA v. MITCHELL BROTHERS FILM GROUP ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–1091. NODVIN v. NODVIN. Sup. Ct. Ga. Certiorari denied.

No. 79–1129. MANSION HOUSE CENTER NORTH REDEVELOPMENT CO. ET AL. v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–1137. FOTOMAT CORP. v. PHOTOVEST CORP. C. A. 7th Cir. Certiorari denied.

No. 79–1167. GOLDSMITH v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 79–5360. MORRIS v. CATE-MCLAURIN CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–5551. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5639. KING v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 79–5662. FEASTER v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 79–5663. WILLIAMS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 79–5672. SHIELDS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 79–5693. BRYANT v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 79–5697. LOUDHAWK ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.